**Iron Steamboat Company of Jersey, Libelant Appellant, v. Steamship ORIZABA, Her Engines, etc.; New York & Cuba Mail Steamship Company, Claimant Appellee.**

(Circuit Court of Appeals, Second Circuit. October 20, 1924.)

No. 24.

Appeal from the District Court of the United States for the Eastern District of New York.

Herman Goldman, of New York City (Max A. Geller, of New York City, and Jacob Grumet, of counsel), for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and Ralph W. Brown, both of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree (3 F.[2d] 997) affirmed.